# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1672
_____

Courtney M. DeSirey; Stephen M. DeSirey,

*Plaintiffs - Appellants,*

v.

Sandals Resorts International, Ltd., doing business as Sandals,

*Defendant - Appellee,*

Unique Vacations, Inc.,

*Defendant.*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 7, 2014
Filed: December 11, 2014
[Unpublished]
_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Courtney and Stephen DeSirey appeal the district court's[1] order dismissing Sandals Resorts International, Ltd. as a defendant in this diversity action. The dismissal was based on lack of personal jurisdiction. After careful de novo review of the particular circumstances of this case, we affirm. *See Viasystems, Inc. v. EBM-Papst St. Georgen GmbH & Co., KG*, 646 F.3d 589, 592-96 (8th Cir. 2011).

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.